Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100   Lubbock, TX 79424
(806) 748-1980 Phone   (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

REBECCA RENEE LEAVELL

CASE NO. 14-70144-HDH-13

AKA1:                                                             AKA2:
DBA1:                                                             DBA2:
SS#1: xxx-xx- 3695                                                SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:  6/16/2014   Orig. Time:   11:00 AM         Reset Date:              Reset Time:

   B. Meeting Results:       Adjourned

   C. Debtor(s):    Debtor 1 Appeared

   D. Attorney for Debtor(s):    Appeared

   E. Creditor Appearance:    None

   F. Amount Paid to the Trustee as of    6/16/2014    $0.00    First Payment Due Date:   6/12/2014

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:    B22C Form is:    Complete
      Budgeted Income:   $1,649.51    Expense:    $1,402.51    Surplus:    $247.00
      Plan Payment:   $247.00  Monthly                        Plan Term(Months):   36

   I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:   $0.00
      Objection to Exemption of:
      ____ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:  03-31641-7-iln
      ____ Object to Invoke Stay Pleading
      ____ Case Converted from Chapter 7, Bar Date Set:   9/15/2014   Date Converted from Chapter 7:

   J. Required Information:   Good

   K. Business Information:

   L. Object to Confirmation:    No
      None at this time

   M. Financial Management Class:   Debtor 1 Appeared

   N. Eligibility:
      Certificate of Credit Counseling Filed:   Debtor 1 Only
      Credit Counseling Provider Approved:                            Yes
      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):   No

   O. Domestic Support Obligation:    $0.00   Current:       Arrears:    $0.00
      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:    1st payment has not been made.
                  NOI filed 6/13/14 with 6/20/14 payment deadline.

   Dated:   6/16/2014                                         /s/ Robert B. Wilson
                                                              Standing Bankruptcy Trustee
                                                              By:     Brent Hagan